IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMY HUNTER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 1:20-cv-02691-TWP-DLP |
| | ) |
| RYDER SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER DISMISSING CAUSE OF ACTION**

The parties, having filed their Stipulation of Dismissal and the Court, being duly advised, it is therefore, ORDERED, ADJUDGED AND DECREED that this action be dismissed, with prejudice, the same being fully compromised, costs paid.

Date: 6/15/2021

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All counsel of record.